| (Official Form 1) (12/03) FORM B1 | United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|---|
| **Name of Debtor** (if individual, enter Last, First, Middle):<br>Arlington Inns, Inc. | **Name of Joint Debtor** (Spouse) (Last, First, Middle): | |
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>See Schedule Attached | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): | |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 36-4197164 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): | |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>2355 S. Arlington Heights Rd.<br>Suite 400<br>Arlington Heights, IL 60005 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): | |
| County of Residence or of the<br>Principal Place of Business: Cook | County of Residence or of the<br>Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): | |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | | |

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply)<br>☐ Individual(s)     ☐ Railroad<br>☒ Corporation     ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other _____    ☐ Clearing Bank | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br>☐ Chapter 7    ☒ Chapter 11    ☐ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
|---|---|
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business     ☒ Business | **Filing Fee** (Check one box)<br>☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ☐ | 100-199 ☒ | 200-999 ☐ | 1000-over ☐ | | |
|---|---|---|---|---|---|---|---|---|
| **Estimated Assets** | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☒ | $500,001 to $1 million ☐ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |
| **Estimated Debts** | $0 to $50,000 ☐ | $50,001 to $100,000 ☐ | $100,001 to $500,000 ☐ | $500,001 to $1 million ☒ | $1,000,001 to $10 million ☐ | $10,000,001 to $50 million ☐ | $50,000,001 to $100 million ☐ | More than $100 million ☐ |

VOLUNTARY PETITION

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Arlington Inns, Inc.** |
|---|---|

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Exhibit A |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>Telephone Number (If not represented by attorney)<br><br>Date | (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition. |
| | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br><br>X _____<br>Signature of Attorney for Debtor(s)         Date |
| Signature of Attorney<br><br>X *[signature]*<br>Signature of Attorney for Debtor(s)<br>**David M. Neff 06190202**<br>Printed Name of Attorney for Debtor(s)<br>**DLA Piper Rudnick Gray Cary US LLP**<br>Firm Name<br>**203 N. LaSalle Street**<br>Address<br>**Chicago, IL 60601-1293**<br><br>**(312) 368-4000**<br>Telephone Number<br>**June 22, 2005**<br>Date | **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>☑ No |
| | **Signature of Non-Attorney Petition Preparer**<br>I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.<br><br>_____<br>Printed Name of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (Required by 11 U.S.C. § 110(c).)<br><br>_____<br>Address |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X *[signature]*<br>Signature of Authorized Individual<br>**Stephen K. Miller**<br>Printed Name of Authorized Individual<br>**Interim President And CEO**<br>Title of Authorized Individual<br>**June 22, 2005**<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>X _____<br>Signature of Bankruptcy Petition Preparer<br><br>_____<br>Date<br><br>A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156. |

IN RE Arlington Inns, Inc. _____ Case No. _____
Debtor(s)

# VOLUNTARY PETITION
## Continuation Sheet - Page 1 of 1

**All Other Names used by the Debtor in the last 6 years:**

- dba Amerihost Inn Marysville, Ohio
- dba Amerihost Inn Mosinee, Wisconsin
- dba Amerihost Inn Wooster Ohio (East)
- dba Amerihost Inn Macomb, Illinois
- dba Amerihost Inn Plainfield, Indiana
- dba Amerihost Inn Grand Rapids, MI (No.)
- dba Amerihost Inn Coopersville, Michigan
- dba Amerihost Inn Sycamore, Illinois
- dba Amerihost Inn Wooster, Ohio (North)
- dba Amerihost Inn Ashland, Ohio
- dba Amerihost Inn Rochelle, Illinois
- dba Amerihost Inn Grand Rapids, MI (So.)
- dba Amerihost Inn Monroe, Michigan
- dba Amerihost Inn Mt. Pleasant, Iowa
- dba Amerihost Inn Tupelo, Mississippi
- dba Amerihost Inn Jackson, Tennessee
- dba Amerihost Inn McKinney, Texas
- dba Amerihost Inn Storm Lake, Iowa
- dba Amerihost Inn, Huntington, IN
- dba Amerihost Inn, Fulton, MO
- dba Amerihost Inn, Eagles Landing, GA
- dba Amerihost Inn, LaGrange, GA
- dba Amerihost Inn, Port Huron, MI
- dba Amerihost Inn, Anderson, CA
- dba Amerihost Inn, Kimberly, WI
- dba Amerihost Inn, Mansfield, OH
- dba Amerihost Inn, Shippensburg, PA
- dba Amerihost Inn, Yreka, CA
- dba Amerihost Inn, Grove City, PA
- dba Amerihost Inn, Smyrna, GA
- dba Amerihost Inn, Warrenton, MO
- dba Amerihost Inn, Hudsonville, MI

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                                                    Case No. _____

Arlington Inns, Inc. _____                Chapter 11
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) for filing in this Chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency placed the creditor among the holders of the 20 largest unsecured claims.

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Michigan Dept Of Revenue - Collections<br>430 Allegan<br>Lansing, MI  48922 | Fax No. 517-636-5245<br>(517) 636-5240 | Sales Taxes | Disputed | 18,123.00 |
| Thomasville Furniture Industries<br>3731 Mistflower Lane<br>Naperville, IL  60564 | Fax No. 630-922-8035<br>(630) 922-8031 | Trade debt | | 9,060.06 |
| Monroe County Treasurer<br>51 S. Macomb St.<br>Monroe, MI  48161 | Fax No. 734-240-7374<br>(734) 240-7365 | Accrued property taxes | | 8,060.00 |
| Mill Distributors, Inc.<br>45 Aurora Industrial Parkway<br>Aurora, OH  44202 | Ira Rehmar Fax No. 330-995-9207<br>(800) 322-6555 | Trade debt | | 7,279.01 |
| Gordon Food Service, Inc.<br>333 50th Street SW<br>Grand Rapids, MI  49501 | Fax No. 616-717-7600<br>(616) 530-7000 | Trade debt | | 7,132.75 |
| Breckenridge Company<br>8104 Woodland Drive<br>Indianapolis, IN  46278 | Joe Moreland Fax No. 317-856-9236<br>(800) 767-1034 | Trade debt | | 4,293.13 |
| Jackson Energy Authority<br>119 E. College Street<br>Jackson, TN  38301 | Fax No. 731-422-7238<br>(731) 422-7500 | Trade debt | | 4,122.96 |
| TTA Advertising<br>Suite 164<br>8433 N. Black Canyon Hwy<br>Phoenix, AZ  85021 | Fax No. 602-995-2942<br>(602) 864-1233 | Trade debt | | 4,112.50 |
| The Lamar Companies<br>Suite 2-A<br>5551 Corporate Blvd<br>Baton Rouge, LA  70808 | Fax No. 225-926-1005<br>(225) 926-1000 | Trade debt | | 3,765.00 |
| The CIT Group Commercial Srvcs.<br>1 CIT Drive<br>Livingston, NJ  07039 | (973) 740-5000 | Trade debt | | 3,515.67 |
| Amerihost Franchise System, Inc.<br>1 Sylvan Way<br>Parsippany, NJ  07054-0278 | Fax No. 973-496-7020<br>(973) 428-9700 | Trade debt | | 3,414.21 |
| First Choice Power, Inc.<br>4100 International Plaza<br>Fort Worth, TX  76109 | Fax No. 817-735-5731<br>(817) 737-1371 | Trade debt | | 3,291.30 |
| Ecolab<br>1060 Thorndale Avenue<br>Elk Grove Village, IL  60007 | Ron Thomas Fax No. 847-350-5388<br>(847) 350-5302 | Trade debt | | 3,033.25 |
| Martin Bros. Distributing Co. Inc.<br>406 Viking Rd.<br>Cedar Falls, IA  50613-0010 | Fax No. 319-266-8238<br>(319) 266-1775 | Trade debt | | 2,932.78 |

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Creditor | Fax / Phone | Type | Amount |
|---|---|---|---|
| Rochelle Municipal Utilities<br>333 Lincoln Highway<br>Rochelle, IL 61068 | Fax No. 815-562-5861<br>(815) 562-4155 | Trade debt | 2,887.72 |
| A.C. Furniture Co., Inc.<br>3872 Martin Drive<br>Axton, VA 24054 | Fax No. 276-650-3747<br>(276) 650-3356 | Trade debt | 2,740.70 |
| Wisconsin Public Service Corp.<br>700 N. Adams<br>Green Bay, WI 54307-9003 | Fax No. 800-722-1898<br>(800) 848-1397 | Trade debt | 2,643.38 |
| Consumers Energy<br>6267 Aurelius Road<br>Lansing, MI 48911 | Fax No. 800-363-4806<br>(517) 393-1670 | Trade debt | 2,136.04 |
| PMC Commercial Trust C/O<br>Toby L. Gerber, Fulbright & Jaworski LLP<br>2200 Ross Avenue, Suite 2800<br>Dallas, TX 75201-2784 | Fax No. 214-855-8200<br>(214) 855-8000 | Trade debt | Undetermined |
| Cendant Corporation<br>1 Sylvan Way<br>Parsippany, NJ 07054-0278 | Fax No. 973-496-5915 | Trade debt | Undetermined |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, [the president *or* other officer *or* an authorized agent of the corporation][*or* a member *or* an authorized agent of the partnership] named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **June 22, 2005**      Signature: _____

**Stephen K. Miller, Interim President And CEO**

(Print Name and Title)

LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

© 1993-2005 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

IN RE:                                                                    Case No. _____

Arlington Inns, Inc.
                                                                 Chapter **11**

Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| Arlington Hospitality, Inc.<br>Suite 400<br>2355 S. Arlington Heights Rd<br>Arlington Heights, IL 60005 | 100 | |

LIST OF EQUITY SECURITY HOLDERS

**United States Bankruptcy Court**
**Northern District of Illinois, Eastern Division**

| IN RE: | Case No. _____ |
|---|---|
| Arlington Inns, Inc. | Chapter 11 |
| Debtor(s) | |

## VERIFICATION OF CREDITOR MATRIX ON DISKETTE

I declare under penalty of perjury that the Creditor Matrix submitted for this case in electronic form on diskette, has been compared to, and contains the same information as, the Creditor Matrix submitted in hard-copy form on paper. The number of creditors listed on the diskette is _____100_____.

Date: **June 22, 2005**     Signature: _____/s/_____
                                          Stephen K. Miller, Interim President And CEO           Debtor

Date: _____     Signature: _____
                                                                                      Joint Debtor, if any